UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 06-561M |
| Plaintiff, | ) | |
| v. | ) | DETENTION ORDER |
| TAI VAN NGUYEN, | ) | |
| Defendant. | ) | |

Offense charged:

Conspiracy to Transport and Harbor Aliens; Harboring Aliens: Employing Ten or more Unauthorized Aliens; Conspiracy to Commit Offense against the United States; Mail Fraud; Wire Fraud; Conspiracy to Commit Money Laundering; Money Laundering; Forfeiture

Date of Detention Hearing:   October 24, 2006

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required.

DETENTION ORDER
18 U.S.C. § 3142(i)
PAGE 1

15.13
Rev. 1/91

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

(1) Defendant has been indicted in the Northern District of Ohio on the above-listed charges. He has waived an identity hearing and an Order of Transfer has been signed.

(2) Defendant is in poor health. He is reported to have active tuberculosis as well as diabetes, heart problems and hepatitis. Defendant was born in Vietnam. He came to the United States in 1981 and is a U.S. citizen. His wife currently resides in Vietnam as well as other family members. His daughter resides in Texas.

(3) Defendant has no ties to this District, having been arrested at the airport on the instant charges while returning to the United States from a six month trip to Vietnam. He was traveling to Philadelphia, Pennsylvania, where he resided prior to his trip to Vietnam. He suggested residing with his brother in Philadelphia as a condition of pretrial release but Pretrial Services was unable to contact the brother for verification. Defendant has been unemployed for the past five years and is receiving disability payments.

(4) Defendant poses a risk of nonappearance due to lack of verified residence, recent travel to Vietnam, strong family ties to Vietnam, lack of ties to this District and the nature of the current charges which involve the use of fraudulent identification documents and access to case resources. He does not pose a risk of danger. He indicates his desire to continue to obtain verification of his ability to reside with his brother as a condition of release, and to present this information to the court at his first appearance in the Northern District of Ohio.

(5) There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings.

/ / /

It is therefore ORDERED:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 24th day of October, 2006.

Mary Alice Theiler
United States Magistrate Judge